# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § Plaintiff, § § vs. § § AVA ENTERPRISES, LLC § § Defendant. § § | Case No: 20-262 -RGA<br><br>PATENT CASE |

## ORDER OF SUBSTITUTION

The Court has considered Plaintiff Display Technologies, LLC's Unopposed Motion to Substitute Parties. The Court is of the opinion that the Motion to Substitute Parties should be GRANTED.

IT IS THEREFORE ORDERED that Ava Enterprises, Inc. is substituted for Ava Enterprises, LLC. as the defendant in this action; and

IT IS FURTHER ORDERED that the Clerk of the Court is directed to reflect this change in the caption on the Court's docket by adding Ava Enterprises, Inc. as the defendant and removing Ava Enterprises, LLC. as a party to this case.

SO ORDERED   this 1 day of April, 2020

/s/ Richard G. Andrews
United States District
Judge