**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DISPLAY TECHNOLOGIES, LLC,            §
                                     §
Plaintiff,                           §          Case No: 1:20-cv-00262-RGA
                                     §
vs.                                  §          PATENT CASE
                                     §
AVA ENTERPRISES, INC.,               §
                                     §
Defendant.                           §
_____    §

## ORDER OF TRANSFER

The Court has considered Plaintiff Display Technologies, LLC's Motion to Transfer Venue.  The Court is of the opinion that the Motion to Transfer Venue should be GRANTED.

IT IS THEREFORE ORDERED that this matter is hereby transferred to the Central District of California.

SO ORDERED  this 1 day of April, 2020

/s/ Richard G. Andrews
United States District
Judge