STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

Attorneys for Plaintiff
BATTERY CONSERVATAION INNOVATIONS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **AVA ENTERPRISES, INC.** <br><br> Defendant. | Case No. 2:20-cv-3054-AB-SK <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

     Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Ava Enterprises, Inc. without

- 1 -

prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

August 10, 2020            Respectfully submitted,

/s/ *Stephen M. Lobbin*
STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorneys for Plaintiff Display Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/*Stephen Lobbin*
Stephen Lobbin