1  STEPHEN M. LOBBIN
2  sml@smlavvocati.com
   SML AVVOCATI P.C.
3  888 Prospect Street, Suite 200
   San Diego, California 92037
4  (949) 636-1391 (Phone)

5  Attorneys for Plaintiff
6  DISPLAY TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DISPLAY TECHNOLOGIES, LLC, | Case No. 2:20-cv-3054-AB-SK |
|---|---|
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| AVA ENTERPRISES, INC. | |
| Defendant. | |

Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.

- 1 -
**PLAINTIFF BATTERY CONSERVATION INNOVATIONS LLC'S
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Accordingly, Display Technologies, LLC hereby voluntarily dismisses this action against Ava Enterprises, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

August 10, 2020

Respectfully submitted,

/s/ *Stephen M. Lobbin*
STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorneys for Plaintiff Display Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Stephen Lobbin*

- 2 -

**PLAINTIFF BATTERY CONSERVATION INNOVATIONS LLC'S
UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**